MATTER OF BASU

In Visa Petition Proceedings

A-11700754

*Decided by District Director June 13, 1966*

Since a biochemist is a member of the professional occupations in biological sciences and such professional occupations are within the meaning of sections 101(a)(32) and 203(a)(3) of the Immigration and Nationality Act, as amended by P.L. 89-236, a visa petition is approved to accord beneficiary, a qualified biochemist, third preference classification under the quota.

Discussion: The petition was filed to accord the beneficiary a third preference classification as a member of the professions based upon his qualifications as a biochemist. The beneficiary is an unmarried, male, native and citizen of India, age 28, presently residing in Baltimore, Maryland.

The beneficiary received a bachelor of science degree in 1958 from the University of Calcutta in India, a master of science degree in 1960 from the University of Calcutta in India, and a doctor of philosophy degree in biological chemistry in April 1966 from The University of Michigan, Ann Arbor, Michigan. He has been employed as a biochemist from February 1966 to date by the McCollum-Pratt Institute and Department of Biology, The Johns Hopkins University, Baltimore, Maryland. The beneficiary intends to engage in his profession in the United States as a biochemist.

A certification pursuant to section 212(a)(14) of the Act, as amended, has been issued by the Department of Labor.

Biochemists are listed among professional occupations under code 0-07.02 in the Dictionary of Occupational Titles, Volume II, second edition, prepared by the Department of Labor. In the third edition of the above publication, biochemists are listed under professional, technical, and managerial occupations, code 041.081. Occupations in this biological scientist group are concerned with research in the reproduction, growth and development, structure, life processes, behavior, and classification of living organisms and the application of

findings to the prevention of disease in the maintenance and promotion of health in plant and animal life. The Occupational Outlook Handbook, 1966-67 edition, of the United States Department of Labor, states that young people seeking professional careers in the biological sciences should plan to obtain an advanced degree, preferably a doctor of philosophy degree. This Handbook further states that a bachelor's degree with a major in one of the biological sciences is adequate preparation for beginning jobs; that a master's degree can qualify for most positions in applied research and for some types of positions in college teaching and basic research; and that the doctor of philosophy degree is generally required for higher level college teaching positions, for independent research, and for positions involving the administration of research. The average (median) annual salary for biological scientists was $10,700 in 1964, according to National Science Foundation's National Register of Scientific and Technical Personnel.

From the foregoing it has been established that the beneficiary is a qualified biochemist and as such is a member of the professional occupations in biological sciences. Included within the occupations in biological sciences are anatomists, biochemists, biologists, biophysicists, botanists, entomologists, geneticists, microbiologists, mycologists, parasitologists, pharmacologists, physiologists, plant nematologists, plant pathologists, and zoologists.[1] The professional occupations in biological sciences are considered to be within the meaning of sections 101(a)(32) and 203(a)(3) of the Act, as amended.

ORDER: It is ordered that the petition be approved and the beneficiary accorded third preference under Section 203(a)(3) of the Immigration and Nationality Act, as amended.

---

[1] Dictionary of Occupational Titles, Volume II, Third Edition, pp. 466, 467.